

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NOS. WR-84,231-11 & WR-84,231-12

### EX PARTE ANTHONY DAVID TEAGUE, Applicant

### ON APPLICATIONS FOR WRITS OF HABEAS CORPUS CAUSE NOS. W366-82919-2013-HC10 & W366-82919-2013-HC11 IN THE 219TH DISTRICT COURT FROM COLLIN COUNTY

*Per curiam.*

### O R D E R

Applicant was convicted of stalking and sentenced to twenty years' imprisonment. The Sixth Court of Appeals affirmed his conviction. *Teague v. State*, No. 06-14-00053-CR (Tex. App.—Texarkana May 13, 2015). Applicant filed these applications for writs of habeas corpus in the county of conviction, and the district clerk forwarded them to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

We have previously dismissed six subsequent applications in this cause. *See* TEX. CODE CRIM. PROC. art. 11.07, § 4. It is obvious from the record that Applicant continues to raise grounds that were previously rejected on the merits or that should have been raised in previous applications.

We hold that Applicant has abused the writ and filed a frivolous lawsuit. *See Ex parte Jones*, 97 S.W.3d 586 (Tex. Crim. App. 2003); Tex. Gov't Code § 498.0045(a-1). Should Applicant file future habeas applications in this cause, we will not consider the merits of his applications unless he shows that the factual or legal basis of his grounds was unavailable in a previously filed application. These applications are dismissed.

Copies of this order shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.


Filed: March 11, 2020
Do not publish